TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00599-CV






SWEPI LP, Appellant


v.


Railroad Commission of Texas and Betty Eyhorn, Appellees






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. D-1-GN-06-003322, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING




O R D E R



 Appellant's Emergency Motion for a Temporary Writ of Injunction filed in this
appeal on October 6, 2006 is denied.

 Ordered October 6, 2006.



 

 G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Puryear and Waldrop